UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Willie Dennis,<br><br>*Defendant.* | **[PROPOSED]**<br>**UNSEALING ORDER**<br><br>**20 Cr. 623** |

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah L. Kushner;

It is found that the Indictment in the above-captioned case, 20 Cr. 623, is currently sealed and that the United States Attorney's Office has applied to have the Indictment unsealed;

It is therefore ORDERED that the Indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       November 19, 2021

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE