UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

**United States of America,**     :     **NOTICE OF APPEARANCE**
                                        **AND REQUEST FOR**
                                  :     **ELECTRONIC NOTIFICATION**
       - v -
                                  :
Willie Dennis,
           Defendant.             :     20 Cr. 623 (LGS)

------------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,

**/s/Jennifer L. Brown, Esq.**
Assistant Federal Defender
Federal Defenders Of New York
52 Duane Street
New York, N.Y. 10007
(212) 417-8700
Jennifer_Brown@fd.org

TO:   Attorneys of Record