**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 26, 2022

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>**United States v. Willie Dennis**</u>
     **20 Cr. 623 (LGS)**

Dear Judge Schofield,

      We write in advance of the June 28, 2022 conference, which the Court has scheduled to address Mr. Dennis's request that he be permitted to represent himself in the above-captioned matter. *See* Dkt. 48. On the afternoon of June 25, 2022, Mr. Dennis (who presently resides in Florida) informed the government and our office that he would like this appearance to proceed by video conference in light of certain health issues his mother is experiencing. The government has no objection to this request.

      Respectfully submitted,

      /s/ Neil Kelly

      Neil P. Kelly
      Assistant Federal Defender
      (212) 417-8744

      Jennifer L. Brown
      Attorney-in-Charge
      (212) 417-8700

cc:    AUSAs Sarah Kushner, Marguerite Colson
       Mr. Willie Dennis (via email)