AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Cr. 623 (LGS) |
| Willie Dennis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:   06/27/2022

/s/ Marguerite B. Colson
*Attorney's signature*

Marguerite B. Colson -- 5426903
*Printed name and bar number*

One St. Andrew's Plaza
New York, NY 10007

*Address*

marguerite.colson@usdoj.gov
*E-mail address*

(212) 637-2587
*Telephone number*

(212) 637-2429
*FAX number*