**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2022

**BY ECF**
The Honorable Lorna G. Schofield
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Willie Dennis*, 20 Cr. 623 (LGS)

Dear Judge Schofield:

As directed by the Court in an Order, dated July 28, 2022 (Dkt. No. 65), the Government respectfully submits this letter to update the Court on the status of the Government's ongoing review of the defendant's cellphone. The Government expects the review of the cellphone to be completed by early next week, and the Government will produce the responsive set of data shortly thereafter. Pursuant to the Court's Order, the Government has prioritized the review of the data on the cellphone over its review of the iCloud account.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc:   Willie Dennis (by ECF)
      Anthony Cecutti, Esq. (by Email)
      Kestine Thiele, Esq. (by Email)