AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Cr. 623 (JSR) |
| Willie Dennis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/13/2022

/s/ Stephanie Simon
*Attorney's signature*

Stephanie Simon
*Printed name and bar number*

Assistant U.S. Attorney
U.S. Attorney's Office S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601
*Address*

stephanie.simon2@usdoj.gov
*E-mail address*

(914) 993-1920
*Telephone number*

(914) 991-1980
*FAX number*