| | |
|---|---|
| **From:** | Willie Dennis |
| **To:** | NYSD Swain Corresp |
| **Cc:** | Willie Dennis |
| **Subject:** | Re: U.S. v. Dennis, 20 Cr. 623 (LGS)-Unexpected Reassignment Of Judge Schofield -Six Weeks Before Trial ( September 28, 2022) |
| **Date:** | Monday, August 15, 2022 5:14:30 PM |

**CAUTION - EXTERNAL:**

Hon. Laura Taylor Swain
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007.                                                                        August 15, 2022

Re: U.S. v. Dennis, 20 Cr. 623 (LGS)-Unexpected Reassignment Of Judge Schofield -Six Weeks Before Trial ( September 28, 2022)

Your Honor,

I am writing seeking information about the reassignment of Judge Schofield away from this matter on Friday (August 12, 2022) six weeks from the trial.

Judge Schofield has been involved in the matter since November of 2021 and is, of course, very familiar with the facts of the case, with trial only 6 weeks away. In preparation for trial Judge Schofield has already issued subpoenas for witness testimony, including one to Rosemary Alito. Will all that cease now ?

The Department of Justice which has been working on this matter since October of 2020 indicated on April 4th that it was prepared for trial in July of 2022.  This would make sense since the case is related to  " e-mail communications " between former partners in their 50s, 60s and 70s , where some are claiming they were " harmed "...maybe paper cuts. This case is already a significant draw on the resources of the Department of Justice, which are already challenged. This actually should be in civil court, where it was before my former partners brought their  complaints to the DOJ

 The reassignment of Judge Schofield severely interferes with my ability to receive a fair and "speedy"  trial after two ( 2) years  on September 28, 2022  for several reasons:
- the new judge will have to learn  all the facts Judge Schofield  has  learned over 9 months in six weeks It simply physically cannot be done.

-As I am representing myself Pro-Se, I am now burdened with having to learn the rules of a new judge  six weeks before trial..this is clearly another significant advantage for the Department of Justice since I am sure they are familiar with the new judge's rules.

I  am hoping and praying that  theses additional burden placed on me six weeks before trial can be reversed and Judge Schofield can be reassigned to,the case,  since I am the one facing the greatest liability ...incarceration.

There are other facts I would like to share with the Court if the Court is available for a call

Finally is there a process for appealing this reassignment of Judge Schofield as the decision only occured on Friday, one day after Judge Schofield began issuing subpoenas so Judge Schofield remains completely up to,speed.

Respectfully submitted,

Willie Dennis
woc2020@gmail.com
646-509-6889
Please excuse any typos sent
 with emotion

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.