# EXHIBIT E

███████████████████████████████████████

| | |
|---|---|
| **From:** | Willie Dennis <woc2020@gmail.com> |
| **Sent:** | Wednesday, September 14, 2022 8:12 AM |
| **To:** | Williams, Damian (USANYS) 6 |
| **Cc:** | Kushner, Sarah (USANYS); Simon, Stephanie (USANYS); Willie Dennis |
| **Subject:** | [EXTERNAL] Re: U.S. v. Willie Dennis 20 Cr.623 ( JSR )-Request For Withdrawal of Indictment |
| **Attachments:** | Hon.pdf |

( Via E-Mail and Overnight Mail )
Damian Williams
United States Attorney Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 14, 2022

Dear Mr. Williams,

I write to request that the United States withdraw the indictment against me because it appears to have been the result of political pressure that overcame a lack of evidence as to the context of the subject communications, and that context is what defines those messages' criminality. The New York City District Attorney declined to indict me on the same facts and my understanding is that its threshold was lower than the federal threshold to indict. The process of assembling evidence and the exchange of exonerating evidence demonstrates an effort to crush me personally and individually when there simply is nothing to support the indictment.

**U.S Senate Investigation of Political Influence in the Southern District of New York between June 2020 and December of 2020**

My stiuation is by no means unique. The Unites States Senate is investigating policital influence imposed on the Southern District of New York during the same period when members of KL Gates' executive management convinced the Southern District of New York to bring charges of "alleged " e-mail harrassment against me (October 2020)  https://www.mediaite.com/tv/just-in-senate-judiciary-committee-investigating-trump-for-alleged-meddling-in-michael-cohen-case/

My indictment is the direct result of pressure brought to bear by KL Gates, the 5th largest law firm in the world, one member of which is ███████████. █████████████████████████████. as well as three senior executives of ███████████.

In my ex parte application to Judge Rakoff seeking the witness testimony of ████████████████████████, I raised the following question:

**Why are three members of the executive team of the 5th largest publicly traded corporation in the world included on the Department of Justice's No Contact List, subjecting Mr. Dennis, to arrest and incarceration and relating solely to alledged " e-mail harrasment of partners of █████████preferred legal provider, KL Gates ?**

I believe it is because I sent e-mails on October 16, 2022 to ██████████████████████ ████████ informing him of the penetration of KL Gates'network servers in Beijing, Shanghai, Hong Kong and Seattle by Chinese Communist Party agents.  Twelve ( 12) days later ( October 28, 2020 ) a sealed indictment was handed down for " e-mail harrasment " against me without me ever being interviewed by the Southern District of New York. https://www.google.com.do/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwiv1ZXnzlP6AhX5SjABHcnyBuwQFnoE CBgQAQ&url=https%3A%2F%2Fwww.securitymagazine.com%2Farticles%2F95683-us-formally-accuses-china-of-microsoft-hack&usg=AOvVaw2p-wcwp1euGb-ZD0CKfaZe

███████████████████████████████████████

Finally, please note that a criminal conviction of me in U.S. v. Willie Dennis would be of great financial benefit to the partners of KL Gates in Willie Dennis v KL Gates LLP, et al., No. 1:20-cv-09393-MKV. The civil case was commenced on March 3, 2020, more than 7 months prior to the commencement of this case (October 28, 2020).

Given the information above I hope you will approve my request for the withdrawal of the indictment against me so we can fully focus on helping our Nation to move safely and peacefully through these challenging times.

Respectfully submitted,

Willie Dennis
woc2020@gmail.com

Admitted in New York, New Jersey and the District of Columbia











