# EXHIBIT F

**From:**          Willie Dennis <woc2020@gmail.com>
**Sent:**          Thursday, September 22, 2022 8:14 PM
**To:**
**Cc:**            Kushner, Sarah (USANYS); Simon, Stephanie (USANYS); ███████████
                   Willie Dennis
**Subject:**       [EXTERNAL] Re: US v. Dennis 20 Cr. 623


Mr. ██████

Thank you for your response.

Two of the most important issues relating to my defense are (i) the context of the emails on which my indictment is based will define their criminality and (ii) the conspiracy of KL Gates and its clients to engineer my indictment.