UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                        **ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
|  | ) **20 Cr. 623 (JSR)** |
| WILLIE DENNIS, | ) |
|  | ) |
| Defendant. | ) |

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

Dated:   October 6, 2022
             New York, New York

                                          By: /s/ Kimberly J. Ravener
                                              Kimberly J. Ravener
                                              Assistant United States Attorney
                                              (212) 637-2358